UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY BELL, | No. 2:22-cv-0324 TLN AC P |
| Plaintiff, | |
| v. | ORDER |
| LAURA ELDRIDGE, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983, has filed an application to proceed in forma pauperis. ECF No. 9. However, the assigned District Judge recently adopted the undersigned's finding that plaintiff has accrued at least three strikes within the meaning of 28 U.S.C. § 1915(g) and is therefore precluded from proceeding in forma pauperis absent a showing that he was under imminent danger of serious physical injury at the time he filed the complaint. ECF Nos. 4, 8.

Accordingly, IT IS HEREBY ORDERED that plaintiff's application to proceed in forma pauperis (ECF No. 9) is DENIED. Plaintiff is required to pay the filing fee as ordered by the District Judge or face dismissal of this case.

DATED: April 12, 2022

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE