UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY BELL,<br><br>        Plaintiff,<br><br>    v.<br><br>LAURA ELDRIDGE, et al.,<br><br>        Defendants. | No.  2:22-cv-0324 TLN AC P<br><br>FINDINGS AND RECOMMENDATIONS |

By order filed April 7, 2022, plaintiff was ordered to pay the filing fee within thirty days and was cautioned that failure to do so would result in dismissal of this action. ECF No. 8. The thirty-day period has now expired, and plaintiff has not paid the filing fee or otherwise responded to the order.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified

////

1

time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: May 16, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE